606 A.2d 897

**Lynne S. HUNYADY, Appellant,**

**v.**

**AETNA LIFE & CASUALTY.**

Supreme Court of Pennsylvania.

Argued April 9, 1992.

Decided May 14, 1992.

Reargument Denied July 13, 1992.

G. Eugene Beechwood, Jr., for appellant.

Richard C. Angino, for amicus—Pennsylvania Trial Lawyers Ass'n.

J. Keath Fetter, for appellee.

James C. Haggerty, for amicus—Pennsylvania Defense Institute.

26

Before FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

NIX, C.J., and LARSEN, J., did not participate in the consideration or decision of this case.

CAPPY, J., dissents.